Argued March 5, affirmed March 11, 1970

## BELTZ, *Respondent, v.* SABRE STEEL BUILDING COMPANY, *Appellant.*

465 P. 2d 883

*Thomas Cavanaugh,* Portland, argued the cause for appellant. With him on the briefs were Schouboe & Cavanaugh, Portland.

*William L. Hallmark,* Portland, argued the cause for respondent. With him on the brief were Thomas A. Davis and McMenamin, Blyth, Jones, Joseph & Lang, Portland.

PER CURIAM.

This is an appeal from a verdict and judgment for $807.60 in an action for commissions payable by defendant to plaintiff as a salesman. We have examined each of defendant's four assignments of error and find them to be without sufficient merit to justify extended discussion.

Affirmed.